THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., Plaintiff, v. GOLDEN STATE FOODS CORP., a Delaware corporation, Defendant. | NO. C16-1935-MJP STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
|---|---|

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Alan W. Estes III, Meredith L. Thielbahr and Petra N. Ambrose of Gordon & Rees, LLP, attorneys for Defendant, Golden State Foods Corp., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 20th day of October, 2017.

| REID, McCARTHY, BALLEW &. BALLEW, L.L.P. | GORDON & REES LLP |
|---|---|
| s/Russell J. Reid | s/Meredith L. Theilbahr |
| Russell J. Reid, WSBA #2560 | Allen W. Estes, III, WSBA #34526 |
| Thomas A. Leahy, WSBA #26365 | Meredith L. Thielbahr, WSBA #41746 |
| Attorney for Plaintiff | Petra N. Ambrose, WSBA #48924 |
| | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this _20th_ day of _October_, 2017.


_____
Marsha J. Pechman
United States District Judge


Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.


By *s/Russell J. Reid*
    Russell J. Reid, WSBA #2560
    Thomas A. Leahy, WSBA #26365
    Attorneys for Plaintiff